# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1095

_____

Richard Otto Hansen,                    *
                                        *
      Appellant,                    *
                                        *
    v.                                  *    Appeal from the United States
                                        *    District Court for the
Timothy Schmidt, In His Official        *    District of Nebraska.
Capacity As The District Attorney Of    *
Nuckolls County, Nebraska; Terri        *    [UNPUBLISHED]
Harder, In Her Official Capacity As     *
The District Judge Of Nuckolls          *
County, Nebraska,                       *
                                        *
      Appellees.                    *

_____

Submitted: October 2, 2007
Filed: October 23, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Richard Otto Hansen appeals the district court's[1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 action under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Having carefully reviewed the record and Hansen's

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

submissions on appeal, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review under § 1915(e)(2)(B)); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review under § 1915A(b)), we affirm.

We agree with the district court that both defendants are immune from a civil suit for damages. See Mireles v. Waco, 502 U.S. 9, 11-12 (1991) (per curiam) (judicial immunity); Brodnicki v. City of Omaha, 75 F.3d 1261, 1266 (8th Cir. 1996) (prosecutorial immunity). We also agree with the district court that Hansen's complaint fails because Hansen seeks to vacate a state criminal conviction, and such actions must be brought through a petition for a writ of habeas corpus rather than a section 1983 complaint. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973) (federal writ of habeas corpus is sole remedy for challenges to fact or duration of confinement).

The judgment of the district court is affirmed.

_____